**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:                                                              Chapter 13

George Joseph Sherkness and Joanne Sherkness          Case No. 9-09-bk-18999-ALP

                                      Debtors
_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION**
**CONCERNING CONFIRMATION OF THE PLAN**

TO: Clerk, United States Bankruptcy Court

      1.      The Debtors' Petition for Relief to Chapter 13 was filed on August 27, 2009.

      2.      <u>Trustee's Recommendation to the Court</u>.  The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reason(s):

      The Plan violates 11 U.S.C. §1325(a)(4) in that it does not pay unsecured creditors the value of what they would receive in a case under Chapter 7.  It does not appear that the Debtors have dedicated all disposable income to the proposed Plan as required by 11 U.S.C. §1325(b)(1)(B).   The Debtors must file an Amended Schedule I accurately reflecting their present income.

      Dated this 29th day of October 2009

                                                      <u>/s/ Jon M. Waage</u>
                                                      Jon M. Waage
                                                      Chapter 13 Standing Trustee
                                                      P.O. Box 25001
                                                      Bradenton, Florida 34206
                                                      Phone:  (941) 747-4644
                                                      FAX:     (941) 750-9266

Copies:

George J. and Joanne Sherkness, Debtors, 22403 Delhi Avenue, Port Charlotte, Florida 33952
David W. Fineman, Esq. Dellutri Law Group, PA, 1436 Royal Palm Square Blvd., Ft. Myers, Florida 33919

JMW/br